1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10
11   KINGVISION PAY-PER-VIEW,        )   CASE NO. CV 01 2392 RMT (SHx)
     LTD.,                           )
12                                   )   RENEWAL OF DEFAULT JUDGMENT
              Plaintiff,             )
13                                   )
     vs.                             )
14                                   )
     KHACHATUR TERSAAKYAN            )
15   aka Chris Chatchak; and GOHARA  )
     HOVSEPYAN, individually and     )
16   dba Cigar Corner,               )
                                     )
17            Defendants.            )
     _____)

18        Based upon the application for renewal of the judgment of the original

19   judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

20   and for good cause appearing, therefore,

21        The judgment to and against Defendants KHACHATUR TERSAAKYAN

22   aka Chris Chatchak; and GOHAR HOVSEPYAN, individually and dba Cigar

23   Corner, jointly and severally, [copy attached] is hereby renewed in the amounts as

24   set forth below:

25        Renewal of money judgment

26            a. Total judgment                         $4,600.00
              b. Costs after judgment                   $  -0-
27            c. Attorneys fees:                        $  -0-
              d. Subtotal (*add a and b*)               $4,600.00
28            e. Credits after judgment                 $  -0-

f.  Subtotal (*subtract d from c*)                          $4,600.00
g.  Interest after judgment                                 $1,088.96
h.  Fee for filing renewal application                      $   -0-
i.  **Total renewed judgment** *(add e, 5, and g)*          $5,688.96

DATED:  ___3/21/12_____          CLERK, by ___Lori Muraoka, Deputy Clerk___,
                                       Deputy        U.S. District Court