UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> KHACHATUR TERSAAKYAN aka Chris Chatchak; and GOHAR HOVSEPYAN, individually and dba Cigar Corner, <br><br> Defendants. | CASE NO. CV 01 2392 RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants KHACHATUR TERSAAKYAN aka Chris Chatchak; and GOHAR HOVSEPYAN, individually and dba Cigar Corner, jointly and severally, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

 a. Total judgment                $4,600.00
 b. Costs after judgment             $ -0-
 c. Attorneys fees:               $ -0-
 d. Subtotal (*add a and b*)            $4,600.00
 e. Credits after judgment             $ -0-

RENEWAL OF JUDGMENT - CASE NO. CV 01 2392 RMT (SHx)                1

|   |   |
|---|---|
| f. Subtotal *(subtract d from c)* | $4,600.00 |
| g. Interest after judgment | $1,088.96 |
| h. Fee for filing renewal application | $   -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | $5,688.96 |

DATED: 3/21/12

CLERK, by Deputy   Lori Muraoka, Deputy Clerk

U.S. District Court

RENEWAL OF JUDGMENT - CASE NO. CV 01 2392 RMT (SHx)

2